IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:19-CR-122 |
| | ) | |
| v. | ) | Count 1: Receipt of Child Pornography |
| | ) | (18 U.S.C. § 2252(a)(2) and (b)(1)) |
| JAMES E. BACIGALUPO, IV, | ) | |
| | ) | Count 2: Possession of Child Pornography |
| Defendant. | ) | (18 U.S.C. § 2252(a)(4)(B) and (b)(2)) |
| | ) | |
| | ) | Forfeiture Notice |

## INDICTMENT

**April 2019 Term – at Alexandria, Virginia**

### COUNT 1
(Receipt of Child Pornography)

THE GRAND JURY CHARGES THAT:

From in or around December 2016 to in or around July 2017, in Manassas, Virginia, within the Eastern District of Virginia, the defendant, JAMES E. BACIGALUPO, IV, knowingly received and attempted to receive one or more visual depictions using a means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so shipped and transported, by any means including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, namely: digital videos and images depicting minors engaged in sexually explicit conduct that were saved to computer folders titled "Jim Bacigalupo/Downloads/eMule/Incoming," "Jim Bacigalupo/Desktop/DDDA Saves," "Jim Bacigalupo/Desktop/misc," and their subfolders.

(In violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1).)

## COUNT 2
(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

From in or around January 2016 to in or around May 2018, in Manassas, Virginia, within the Eastern District of Virginia, the defendant, JAMES E. BACIGALUPO, IV, knowingly possessed and attempted to possess at least one matter containing one or more visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depictions were produced using materials which had been mailed and so shipped and transported, by any means including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, namely: digital videos and images depicting minors engaged in sexually explicit conduct that were saved to a computer folder as "Jim Bacigalupo/Downloads/Assorted Cockage [number]."

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2).)

# FORFEITURE NOTICE

THE GRAND JURY HEREBY FINDS THAT:

Defendant JAMES E. BACIGALUPO, IV, upon conviction on any Count of this Indictment, and as part of defendant's sentencing under Federal Rule of Criminal Procedure 32.2, shall forfeit to the United States any and all matters that contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property, real or personal, constituting or traceable to any proceeds the defendant obtained from the above violations; and any property, real or personal, used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including:

(1) Corsair computer tower, S/N: 132115429701, containing four hard drive discs:

    (i) Samsung 500GB drive, S/N: S21GNXAG809723Y

    (ii) Intel 535 Series 240GB drive, S/N: CVTR542102D0240CGN

    (iii) Western Digital drive, S/N: WCC3F2JXZE4X

    (iv) Western Digital drive, S/N: WCATR5873145

(2) Apple iPad, S/N DLXNW19RGSVY

(In accordance with Title 18, United States Code, Section 2253.)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
GRAND JURY FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Maya D. Song
Assistant United States Attorney

3